# Exhibit 5



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the General Counsel
Centers for Medicare &
Medicaid Services Division

330 Independence Ave., S.W.
Room 5309 Wilbur J. Cohen Building
Washington, D.C. 20201

February 13, 2006

**VIA FACSIMILE AND U.S. MAIL**

Jay P. Lefkowitz, Esq.
Kirkland & Ellis
655 Fifteenth Street, N.W.
Washington, D.C. 20005

      Re:    Request for testimony of Mr. Thomas A. Scully in <u>Boca Raton Community Hospital, Inc. v. Tenet Healthcare Corp.</u>

Dear Mr. Lefkowitz:

      The Department of Health and Human Services (HHS), Center for Medicare & Medicaid Services (CMS), has received a copy of a subpoena to depose Mr. Thomas A. Scully in the above-referenced case, pending in the United States District Court for the Southern District of Florida, Case No. 05-80183-CIV. It is our understanding that the testimony sought from Mr. Scully pertains to matters which occurred while he was the Administrator of CMS and/or information which he acquired in his official capacity. Accordingly, as you were previously informed in a letter from the Department of Justice dated January 11, 2006, the request for Mr. Scully's testimony is governed by the "Touhy" regulations found at 45 C.F.R. Part 2.

      The HHS Touhy regulations prohibit any Departmental employee, or former employee, from providing testimony concerning information acquired in the course of performing official duties, unless "the Agency head, after consultation with the Office of General Counsel, [determines] that compliance with the request would promote the objectives of the Department." 45 C.F.R. § 2.3(a). The regulations further provide that requests for testimony must be in writing and state 1) the nature of the requested testimony; 2) why the information sought is otherwise unavailable; and 3) the reasons why the testimony would be in the interests of HHS or the federal government. 45 C.F.R. § 2.4. To our knowledge, you have failed to make such a request of the agency. Consequently, it would be inappropriate for Mr. Scully to testify at the deposition at this time.

Page 2 - Jay P. Lefkowitz, Esq.

    Accordingly, we request that you withdraw your subpoena for Mr. Scully's testimony until such time as you have submitted a request for testimony that complies with the HHS Touhy regulations and the agency has determined, based on its Touhy regulations, to approve such a request. If you do not withdraw this noncompliant subpoena by close of business on February 15, 2006, we will request that the Department of Justice move to quash it.

                            Sincerely,

                            Carol J. Bennett
                            Deputy Associate General Counsel
                            for Program Integrity

cc:    Thomas A. Scully
        Michael F. Hertz