UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of a Subpoena Issued to<br>Thomas A. Scully | Misc. No. 06-MC-00077-GK |
| BOCA RATON COMMUNITY HOSPITAL, INC.,<br>a Florida not-for-profit corporation d/b/a<br>BOCA RATON COMMUNITY HOSPITAL,<br>on behalf of itself, and on behalf of a Class<br>of all others similarly situated,<br><br>                              Plaintiff,<br>v.<br><br>TENET HEALTHCARE CORPORATION,<br><br>                              Defendant. | United States District Court<br>Southern District of Florida<br>Civil No. 05-80183<br>Hon. Patricia A. Seitz<br>(related case) |

**TENET HEALTHCARE CORPORATION'S UNOPPOSED MOTION TO EXTEND TIME FOR FILING REPLY IN SUPPORT OF MOTION TO COMPEL DEPOSITION OF THOMAS A. SCULLY**

Tenet Healthcare Corporation ("Tenet") respectfully requests, without opposition from Mr. Scully or the United States, an extension of time to file a Reply in Support of its Motion to Compel the Deposition of Thomas A. Scully until March 17, 2006, the same day that Tenet's Opposition to the United States' Cross-Motion to Quash the Subpoena of Thomas A. Scully is due. In support of this unopposed motion, Tenet states as follows:

1. Tenet subpoenaed Mr. Scully on February 3, 2006, in his individual capacity, to testify regarding his experience as Administrator of the Centers for Medicare and Medicaid Services as it relates to claims against Tenet in an action pending in the Southern District of Florida. Mr. Scully responded that he would not provide testimony because *Touhy* regulations prohibited him from testifying unless he received consent from the Department of Health and Human Services. Tenet brings this motion to compel Mr. Scully's testimony on the grounds that the *Touhy*

RECEIVED
MAR - 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

regulations do not create an evidentiary privilege and are invalid to the extent they purport to require litigants to obtain permission from the agency before subpoenaing the deposition of former employees. On February 23, 2006, Tenet filed a Motion to Compel the deposition of Mr. Scully and served the same on the Department of Justice and Mr. Scully by hand delivery.

2. On March 3, 2006, the United States filed a Cross-Motion to Quash the Subpoena of Thomas A. Scully, as well as a Memorandum in Opposition to Tenet's Motion to Compel and in Support of the United States' Cross-Motion to Quash; both were served by first-class mail. On March 6, 2006, Mr. Scully filed a Memorandum in Opposition to Tenet's Motion to Compel, and served the same by hand delivery on the Department of Justice and Tenet. Both the United States and Mr. Scully argue that the *Touhy* regulations are valid and that those regulations require Tenet to obtain the agency's consent before subpoenaing the testimony of Mr. Scully.

3. Tenet's Reply to Mr. Scully's Opposition is currently due on March 13, 2006. Tenet's Opposition to the United States' Cross-Motion to Quash is due on March 17, 2006. Because the United States and Mr. Scully raise similar arguments, Tenet believes that filing a single brief in Reply and Opposition is most efficient for both the Court and the parties. Accordingly, Tenet requests that its Reply be due on March 17, 2006, the same day that its Opposition is due.

4. Tenet conferred with counsel for the Department of Justice and Mr. Scully; they consent to and do not oppose this motion.

Respectfully submitted,

*[signature]*

Jay P. Lefkowitz (DC 449280)*
Karen N. Walker (DC 412137)
Susan E. Engel (DC 484448)
John C. O'Quinn (DC 485936)
KIRKLAND & ELLIS LLP
655 15th Street NW, Suite 1200
Washington, DC 20005
(202) 879-5000
*Counsel for Tenet Healthcare Corp.*

March 8, 2006

* *Counsel of Record*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In the Matter of a Subpoena Issued to<br>Thomas A. Scully | )<br>)<br>) | Misc. No. 06-MC-00077-GK |
| _____ | )<br>) | |
| BOCA RATON COMMUNITY HOSPITAL, INC.,<br>a Florida not-for-profit corporation d/b/a<br>BOCA RATON COMMUNITY HOSPITAL,<br>on behalf of itself, and on behalf of a Class<br>of all others similarly situated,<br>800 Meadows Road<br>Boca Raton, FL 33486<br>         Plaintiff,<br>v.<br><br>TENET HEALTHCARE CORPORATION<br>1373 Noel Road, Suite 100<br>Dallas, TX 75240<br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | United States District Court<br>Southern District of Florida<br>Civil No. 05-80183<br>Hon. Patricia A. Seitz<br>(related case) |

## [PROPOSED] ORDER

Upon consideration of Tenet Healthcare Corporation's Unopposed Motion to Extend Time for Filing Reply in Support of Motion to Compel Deposition of Thomas A. Scully, it is hereby ORDERED that Tenet Healthcare Corporation's Unopposed Motion is GRANTED.

Tenet Healthcare Corporation shall have until March 17, 2006 to file a Reply in Support of its Motion to Compel the Deposition of Thomas A. Scully.

FOR THE COURT

_____         _____
        Date

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Unopposed Motion to Extend Time for Filing Reply in Support of Motion to Compel Deposition of Thomas A. Scully was served on this 8th day of March 2006 as follows:

<u>By Hand Delivery</u>
David H. Thompson
Nicholas A. Oldham
COOPER & KIRK, PLLC
555 Eleventh St., NW
Suite 750
Washington, D.C. 20004
*Counsel for Thomas A. Scully*

Michael Granston
Commercial Litigation Branch
Civil Division
Department of Justice
601 D Street, NW
Suite 9002
Washington, DC 20530
*Counsel for the United States of America*

<u>By U.S. Mail</u>
Hilarie Bass
David Coulson
GREENBERG TRAURIG, P.A.
1221 Brickwell Ave.
Miami, FL 33131
*Counsel for Plaintiff Boca Raton Community Hospital, Inc.*

Maya S. Saxena
Christopher S. Polaszek
MILBERG WEISS BERSHAD & SCHULMAN, LLP
Tower 1 – Suite 600
5200 Town Center Cir.
Boca Raton, FL 33486
*Counsel for Plaintiff Boca Raton Community Hospital, Inc.*

Hal M. Hirsch
Richard A. Edlin
Ann C. Turetsky
GREENBERG TRAURIG, LLP
200 Park Ave.
New York, NY 10166
*Counsel for Plaintiff Boca Raton Community Hospital, Inc.*

Melvyn I. Weiss
David A.P. Brower
MILBERG WEISS BERSHAD & SCHULMAN, LLP
One Pennsylvania Plaza
New York, NY 10119
*Counsel for Plaintiff Boca Raton Community Hospital, Inc.*

John C. O'Quinn