UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of a Subpoena Issued to )<br>Thomas A. Scully: )<br>_____ ) | Misc. No. 06-MC-0007-GK |
| )<br>BOCA RATON COMMUNITY HOSPITAL, INC., )<br>a Florida not-for-profit corporation d/b/a )<br>BOCA RATON COMMUNITY HOSPITAL, )<br>on behalf of itself, and on behalf of a Class )<br>of all others similarly situated, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TENET HEALTHCARE CORPORATION )<br>)<br>Defendant. )<br>_____ ) | United States District Court<br>Civil No. 05-80183<br>Southern District of Florida<br>Hon. Patricia A. Seitz<br>(related case)<br><br>**RECEIVED**<br>MAR 29 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**TENET HEALTHCARE CORPORATION'S
UNOPPOSED REQUEST FOR ORAL ARGUMENT**

Tenet Healthcare Corporation ("Tenet") hereby requests oral argument on Tenet's Motion to Compel the Deposition of Thomas A. Scully and the United States' Cross-Motion to Quash. These motions are now fully briefed and ready for resolution by the Court. Tenet believes that the issues presented are significant in that they implicate the validity of the Department of Health and Human Service's *Touhy* regulations as applied to former employees, as well as the validity of a federal court subpoena for the testimony of former employees of the Department of Health and Human Services. Tenet, thus, believes that an oral hearing is warranted.

Tenet has conferred with counsel for Mr. Scully and the United States. Mr. Scully does not oppose Tenet's request for oral argument; the United States takes no position on Tenet's request. Tenet has also conferred with counsel as to their availability for argument; counsel for all parties is available for argument any day the week of April 24th.

RECEIVED
MAR 29 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

WHEREFORE, Tenet requests that the Court grant oral argument on Tenet's Motion to Compel the Deposition of Thomas A. Scully and the United States' Cross-Motion to Quash. Tenet also respectfully requests that the Court schedule oral argument for the week of April 24th, if such a date is convenient for the Court.

                                      Respectfully submitted,

                                      Jay P. Lefkowitz (DC 449280)*
                                      Karen N. Walker (DC 412137)
                                      Susan E. Engel (DC 484448)
                                      John C. O'Quinn (DC 485936)
                                      KIRKLAND & ELLIS LLP
                                      655 15th Street NW, Suite 1200
                                      Washington, DC 20005
                                      (202) 879-5000
                                      *Counsel for Tenet Healthcare Corp.*

March 29, 2006                                    * *Counsel of Record*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on this 29th day of March 2006 as follows:

<u>By U.S. Mail</u>

David H. Thompson
COOPER & KIRK
Suite 750
555 Eleventh St., NW
Washington, D.C. 20004
*Counsel for Thomas A. Scully*

Michael F. Hertz
Michael Granston
Daniel Spiro
David T. Cohen
DEPARTMENT OF JUSTICE
Commercial Litigation Branch
Civil Division
601 D Street, NW
Suite 9002
Washington, DC 20530
*Counsel for the United States*

Hilarie Bass
David Coulson
GREENBERG TRAURIG, P.A.
1221 Brickwell Ave.
Miami, FL 33131
*Counsel for Plaintiff Boca Raton Community Hospital, Inc.*

Hal M. Hirsch
Richard A. Edlin
Ann C. Turetsky
GREENBERG TRAURIG, LLP
200 Park Ave.
New York, NY 10166
*Counsel for Plaintiff Boca Raton Community Hospital, Inc.*

Maya S. Saxena
Christopher S. Polaszek
MILBERG WEISS BERSHAD & SCHULMAN, LLP
Tower 1 – Suite 600
5200 Town Center Cir.
Boca Raton, FL 33486
*Counsel for Plaintiff Boca Raton Community Hospital, Inc.*

Melvyn I. Weiss
David A.P. Brower
MILBERG WEISS BERSHAD & SCHULMAN, LLP
One Pennsylvania Plaza
New York, NY 10119
*Counsel for Plaintiff Boca Raton Community Hospital, Inc.*

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John C. O'Quinn

2